PACHULSKI

STANG

ZIEHL

JONES

LAW OFFICES
LIMITED LIABILITY PARTNERSHIP
WILMINGTON, DE
LOS ANGELES, CA
SAN FRANCISCO, CA
NEW YORK, NY

919 NORTH MARKET STREET
17th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705
(Courier Zip Code 19801)
TELEPHONE: 302/652 4100
FACSIMILE: 302/652 4400

James E. O'Neill

April 3, 2008

joneill@pszjlaw.com
302.778.6407

**BY HAND**

Dr. Peter T. Dalleo
Clerk of the Court
United States District Court for the
District of Delaware
J. Caleb Boggs Federal Building
844 King Street
Wilmington, DE 19801

Dear Dr. Dalleo:

> Re:  **DigaComm LLC v. Vehicle Safety & Compliance**
> **LLC et al, Case No. 1:08-mc-00063-UNA**

DigaComm, LLC ("DigaComm"), through counsel, respectfully requests that this Court expedite the Petition for Rule to Show Cause to Fish & Richardson P.C. filed on March 31, 2008 (the "Petition") in *DigaComm, LLC v. Vehicle Safety & Compliance, LLC, et al.*, Case No. 08-MC-63.

DigaComm's Petition relates to a subpoena to Fish & Richardson issued by counsel for DigaComm on February 26, 2008. The subpoena was returnable on March 18, 2008. As set forth in the Petition, DigaComm has yet to receive any documents or a substantive response to the subpoena from Fish & Richardson. Indeed, the only communication DigaComm has had with Fish & Richardson came in response to counsel for DigaComm's unsuccessful attempt to secure compliance after the response deadline had passed.

Good cause exists to support DigaComm's request to expedite the Petition. The litigation underlying the subpoena is before the Honorable George Lindberg in the Northern District of Illinois. Judge Lindberg runs a "rocket docket." Discovery before

LOS ANGELES
10100 SANTA MONICA BLVD.
11th FLOOR
LOS ANGELES
CALIFORNIA 90067-4100

TELEPHONE: 310/277 6910
FACSIMILE: 310/201 0760

SAN FRANCISCO
150 CALIFORNIA STREET
15th FLOOR
SAN FRANCISCO
CALIFORNIA 94111-4500

TELEPHONE: 415/263 7000
FACSIMILE: 415/263 7010

NEW YORK
780 THIRD AVENUE
36th FLOOR
NEW YORK
NEW YORK 10017-2024

TELEPHONE: 212/561 7700
FACSIMILE: 212/561 7777

WEB: www.pszjlaw.com

PACHULSKI

STANG

ZIEHL

JONES

LAW OFFICES
LIMITED LIABILITY PARTNERSHIP

April 3, 2008
Page 2

Judge Lindberg runs on a highly compressed schedule — parties have a total of four months to complete discovery. Judge Lindberg encourages motions to compel and cautions parties against complacency in asserting their discovery rights.

Under the schedule ordered by Judge Lindberg, DigaComm's expert reports are due in just two months, on June 3, 2008. DigaComm believes that the documents it seeks from Fish & Richardson will be important to the work of its experts. Over two weeks have passed since a response to the subpoena was due, and DigaComm has yet to receive even a single page from Fish & Richardson.

In order to comply with Judge Lindberg's compressed discovery schedule, DigaComm has put considerable efforts into discovery. But these efforts are to no avail if third parties avoid their obligations to respond to subpoenas. DigaComm, therefore, respectfully requests that this Court expedite its consideration of the Petition and that any briefing or oral argument required by the Court likewise be completed on an expedited basis.

Respectfully,

James E. O'Neill

JEO

cc:  Cathy L. Reese, Esquire (via hand delivery and email)
Brian M. Rostocki Esquire (via hand delivery and email)
Joseph L. Fogel, Esquire (via overnight mail and email)
John Z. Lee. Esquire (via overnight mail and email)
Kellye L. Fabian, Esquire (via overnight mail and email)
Reed S. Oslan, P.C. (via email)
Stephen C. Hackney, Esquire (via email)
Matthew E. Nirider, Esquire (via email)