IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DigaComm, LLC,<br><br>    Plaintiff,<br>v.<br><br>Vehicle Safety & Compliance, LLC; Pittco Capital Partners, L.P.; Pittco Capital Partners II, L.P.; Andrew Seamons, J.R. "Pitt" Hyde,<br>    Defendants. | Case No. 08-MC-63  (JJF) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the certification, counsel moves the admission *pro hac vice* of Matthew E. Nirider of Kirkland & Ellis LLP to represent Plaintiff in these proceedings.

Dated: April 3, 2008

*/s/ James E. O'Neill*
James E. O'Neill, Esquire (Bar No. 4042)
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of Bar of the State of Illinois; and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of these actions. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

*/s/ Matthew E. Nirider*
Matthew E. Nirider, Esquire
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, Illinois  60601
Telephone: 312-861-2000
Facsimile: 312-861-2200
mnirider@kirkland.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date:_____

_____
Honorable   Joseph J. Farnan, Jr.
Judge, United States District Court