IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DIGACOMM, LLC, | : |
| Plaintiff, | : |
| v. | : Misc. Action No. 08-063 JJF |
| VEHICLE SAFETY & COMPLIANCE, LLC, PITTCO CAPITAL PARTNERS, L.P., PITTCO CAPITAL PARTNERS II, L.P., ANDREW SEAMONS, J.R. "Pitt" HYDE, | : |
| Defendants. | : |

### O R D E R

Before me is a letter from counsel for Plaintiff requesting that a recently filed Petition For A Rule To Show Cause to Fish & Richardson be expedited. The sole reason given for the request is that the district judge presiding over the main case in Illinois operates a "rocket docket" which allows four months for all discovery.

In the Court's view, the rationale offered by counsel is insufficient to alter the motion practice utilized in this Court. Accordingly, the request for expedited treatment of the Petition For A Rule To Show Cause is **DENIED**.

April 16, 2008
DATE

UNITED STATES DISTRICT JUDGE