IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DigaComm, LLC,<br><br>                  Plaintiff,<br>v.<br><br>Vehicle Safety & Compliance, LLC; Pittco Capital Partners, L.P.; Pittco Capital Partners II, L.P.; Andrew Seamons, J.R. "Pitt" Hyde,<br>          Defendants. | Case No. 08-MC-63  (JJF) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

        Pursuant to Local Rule 83.5 and the certification, counsel moves the admission *pro hac vice* of Reed S. Oslan of Kirkland & Ellis LLP to represent Plaintiff in these proceedings.

Dated: May 2, 2008

                                                 _/s/ James E. O'Neill_
                                                 James E. O'Neill, Esquire (Bar No. 4042)
                                                 Pachulski Stang Ziehl & Jones LLP
                                                 919 North Market Street, 17th Floor
                                                 P.O. Box 8705
                                                 Wilmington, Delaware 19899-8705 (Courier 19801)

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of Bar of the State of Illinois; and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of these actions. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

                                                 _/s/ Reed S. Oslan_
                                                 Reed S. Oslan, Esquire
                                                 Kirkland & Ellis LLP
                                                 200 East Randolph Drive
                                                 Chicago, Illinois 60601
                                                 Telephone: 312-861-2000
                                                 Facsimile: 312-861-2200
                                                 shackney@kirkland.com

## ORDER GRANTING MOTION

        IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date:_____

                                                 _____
                                               Honorable
                                               Judge, United States District Court