IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DigaComm, LLC,<br><br>　　　　　　Plaintiff,<br>v.<br><br>Vehicle Safety & Compliance, LLC; Pittco Capital Partners, L.P.; Pittco Capital Partners II, L.P.; Andrew Seamons, J.R. "Pitt" Hyde,<br>　　　　　　Defendants. | Case No. 08-MC-63　(JJF) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the certification, counsel moves the admission *pro hac vice* of Stephen C. Hackney of Kirkland & Ellis LLP to represent Plaintiff in these proceedings.

Dated: May 2, 2008

　　　　　　　　　　　　　　　　/s/ James E. O'Neill
　　　　　　　　　　　　　　　　James E. O'Neill, Esquire (Bar No. 4042)
　　　　　　　　　　　　　　　　Pachulski Stang Ziehl & Jones LLP
　　　　　　　　　　　　　　　　919 North Market Street, 17th Floor
　　　　　　　　　　　　　　　　P.O. Box 8705
　　　　　　　　　　　　　　　　Wilmington, Delaware 19899-8705 (Courier 19801)

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of Bar of the State of Illinois; and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of these actions. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

　　　　　　　　　　　　　　　　/s/ Stephen C. Hackney
　　　　　　　　　　　　　　　　Stephen C. Hackney, Esquire
　　　　　　　　　　　　　　　　Kirkland & Ellis LLP
　　　　　　　　　　　　　　　　200 East Randolph Drive
　　　　　　　　　　　　　　　　Chicago, Illinois 60601
　　　　　　　　　　　　　　　　Telephone: 312-861-2000
　　　　　　　　　　　　　　　　Facsimile: 312-861-2200
　　　　　　　　　　　　　　　　shackney@kirkland.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date:_____

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Honorable
　　　　　　　　　　　　　　　　Judge, United States District Court