# FISH & RICHARDSON P.C.

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

ATLANTA
AUSTIN
BOSTON
DALLAS
DELAWARE
MUNICH
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

Suite 1100
919 N. Market Street
P.O. Box 1114
Wilmington, Delaware
19899-1114

Telephone
302 652-5070

Facsimile
302 652-0607

Web Site
www.fr.com

<u>VIA EMAIL AND ECF</u>

May 7, 2008

The Honorable Joseph J. Farnan
U.S. District Court for the District of Delaware
844 King Street
Wilmington, DE 19801

Re:  Digacomm, LLC v. Vehicle Safety & Compliance
     D. Del., C.A. No. 08-MC-63 JJF

Dear Judge Farnan:

I am writing regarding Your Honor's Memorandum Opinion and Order (D.I. 10). Upon checking the docket in this matter this morning, Fish & Richardson P.C. saw Your Honor's Order regarding today's 1 p.m. hearing. As of today, we have not received a copy of this Opinion by NEF, electronic mail or First Class Mail. We have checked the mailing information for this case on ECF and do not see any indication that Fish & Richardson was sent a copy of any filings in this matter or is on the service list for this matter. We called Your Honor's chambers and left two voicemails as soon as we found out about the hearing. My associate, Brian Rostocki, subsequently spoke with personnel from Your Honor's chambers concerning this matter. I have also notified Mr. Hackney and Mr. Nirider by email.

Mr. Steele is located in California and it is impossible for him to appear in Delaware for the hearing scheduled today by 1 p.m. We are happy to have Mr. Steele participate via teleconference should the Court wish to continue with the 1 p.m. hearing.

Respectfully,

Cathy L. Reese

cc:  Matthew E. Nirider, Esq. (via Email)
     Stephen C. Hackney, Esq. (via Email)
     James E. O'Neill, Esq. (via Email)