# FISH & RICHARDSON P.C.

Suite 1100
919 N. Market Street
P.O. Box 1114
Wilmington, Delaware
19899-1114

Telephone
302 652-5070

Facsimile
302 652-0607

Web Site
www.fr.com

Cathy L. Reese
302 778-8467

Email
reese@fr.com

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

May 14, 2008



ATLANTA
AUSTIN
BOSTON
DALLAS
DELAWARE
MUNICH
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

*Via Email & Fedex*

Reed S. Oslan
Stephen C. Hackney
Matthew E. Nirider
KIRKLAND & ELLIS LLP
2000 East Randolph Drive
Chicago, IL  060601

Re:   *DigaComm, LLC v. Vehicle Safety & Compliance, LLC*, N.D. Ill.,
       No. 08-C-338 and *DigaComm, LLC v. Vehicle IP, LLC, et al.*, AAA
       Arbitration, No. 14 10 01850 07

Dear Messrs. Oslan, Hackney and Nirider:

Please find attached a document production for Fish & Richardson P.C. ("F&R") with Bates Nos. FR000499 through FR000507, which produces documents responsive to Judge Farnan's instructions to the parties on May 7, 2008, to the extent such responsive documents have not already been produced. Please note that I forwarded these documents via e-mail earlier today. Also attached is a privilege log for F&R's document production for documents responsive to the four areas identified by Judge Farnan. Please also accept this letter as confirmation that F&R has performed an electronic search for data relative to the four areas that Judge Farnan outlined on May 7, 2008. Please note, however, that F&R has sent to an outside vendor to recapture certain former employees' electronic files that may be responsive to the four areas identified by Judge Farnan. Although we do not anticipate this will result in many documents that are responsive to Judge Farnan's instructions, we have requested that this task be performed by the outside vendor on a "rush" basis and we will immediately provide you will any responsive documents as ordered by Judge Farnan.

FISH & RICHARDSON P.C.

Messrs. Oslan, Hackney and Nirider
May 14, 2008
Page 2

If you have any questions, please let me know.

Very truly yours,

Cathy L. Reese

CLR:phb
Enclosures

cc: Hon. Joseph J. Farnan, Jr. (*via e-filing, excluding document production*)
James E. O'Neill, Esq. (*via hand delivery*)

# PRIVILEGED DOCUMENT INDEX

## Digicom, LLC v. Vehicle IP Safety and Compliance, LLC

| A/C | W/P | Date | Author(s) | Recipient(s) | Description |
|---|---|---|---|---|---|
| X | | 2006-05-05 | Kristal, Phyllis/ F&R | Larschan, Bradley<br>Borchers, William/ F&R<br>Wojack, Ericka | Confidential attorney-client E-mail communication for the purpose of providing legal advice to client regarding patent portfolio |
| X | | 2006-05-05 | Larschan, Bradley | Larschan, Bradley<br>Borchers, William/ F&R<br>Kristal, Phyllis/ F&R<br>Wojack, Ericka | Confidential attorney-client E-mails communication for the purpose of providing legal advice to client regarding patent portfolio |
| X | | 2006-05-06 | Kristal, Phyllis/ F&R<br>Larschan, Bradley | Larschan, Bradley<br>Borchers, William/ F&R<br>Kristal, Phyllis/ F&R<br>Wojack, Ericka | Confidential attorney-client E-mails communication for the purpose of providing legal advice to client regarding patent portfolio |
| X | | 2006-06-03 | Larschan, Bradley | Kristal, Phyllis/ F&R<br>Wojack, Ericka | Confidential attorney-client E-mail communication for the purpose of providing legal advice to client regarding patent portfolio |
| X | X | 2006-06-15 | Larschan, Bradley | Kristal, Phyllis/ F&R | Confidential attorney-client E-mail (and attachment) communication for the purpose of obtaining legal advice and prepared in anticipation of litigation against various parties |
| X | | 2006-06-15 | Larschan, Bradley | Kristal, Phyllis/ F&R<br>Bilbao Esq., J. Raymond | Confidential attorney-client E-mail communication for the purpose of obtain legal advice regarding patent portfolio |
| X | X | 2006-06-20 | Kristal, Phyllis/ F&R | Larschan, Bradley<br>Bilbao Esq., J. Raymond<br>Musselman, Wes/ F&R | Confidential attorney-client E-mail (and attachment) communication for the purpose of providing legal advice and prepared in anticipation of litigation against various parties |
| X | X | 2006-06-21 | Kristal, Phyllis/ F&R<br>Kane, Michael/ F&R | Barkan, David/ F&R<br>Melsheimer, Thomas/ F&R<br>Hillman, Robert/ F&R<br>Kane, Michael/ F&R<br>Madera, Greg/ F&R | Confidential E-mails (and attachments) reflecting attorney-client communications and documents prepared in anticipation of litigation against various parties |
| X | X | 2006-06-26 | Musselman, Wes/ F&R | Larschan, Bradley<br>Bilbao Esq., J. Raymond<br>Borchers Esq., William/ F&R<br>Kristal, Phyllis/ F&R | Confidential attorney-client E-mail (and attachment) communication for the purpose of providing legal advice and prepared in anticipation of litigation against various parties |
| X | X | 2006-07-25 | Langston, Frank | Kristal Esq., Phyllis/ F&R<br>Larschan, Bradley | Confidential attorney-client E-mail (and attachment) communication for the purpose of obtaining legal advice and prepared in anticipation |

ATTORNEY WORK PRODUCT – PRIVILEGED AND CONFIDENTIAL
Page 1

| A/C | W/P | Date | Author(s) | Recipient(s) | Description |
|---|---|---|---|---|---|
| | | | | Bilbao Esq., J. Raymond | |
| X | X | 2006-07-26 | Langston, Frank<br>Kristal, Phyllis/ F&R<br>Bilbao Esq., J. Raymond | Langston, Frank<br>Kristal, Phyllis/ F&R<br>Larschan, Bradley<br>Bilbao Esq., J. Raymond | Confidential E-mails reflecting attorney-client communications and information prepared in anticipation of litigation against various parties |
| X | | 2006-07-26 | Larschan, Bradley | Kristal, Phyllis/ F&R | Confidential attorney-client E-mail communication for the purpose of obtaining legal advice |
| X | X | 2006-07-26 to 2006-09-14 | Kristal, Phyllis/ F&R<br>Kane, Michael/ F&R<br>Barkan, David/ F&R<br>Steele, John/ F&R | Barkan, David/ F&R<br>Anderson, Richard/ F&R<br>Steele, John/ F&R<br>Devlin, Peter/ F&R<br>Kristal, Phyllis/ F&R<br>Hillman, Robert/ F&R<br>Kane, Michael/ F&R<br>Madera, Greg/ F&R | Confidential E-mails (and attachments) reflecting attorney-client communications and documents prepared in anticipation of litigation against various parties |
| X | | 2006-08-14 | Kristal, Phyllis/ F&R<br>Larschan, Bradley | Larschan, Bradley<br>Kristal, Phyllis/ F&R | Confidential attorney-client E-mail (and attachment) communication for the purpose of obtaining legal advice |
| X | X | 2006-08-15 To 2006-08-25 | Musselman, Wes/ F&R<br>Borchers, William/ F&R<br>Kristal, Phyllis/ F&R | Borchers, William/ F&R<br>Kristal, Phyllis/ F&R<br>Musselman, Wes/ F&R | Confidential E-mails reflecting attorney-client communications and prepared in anticipation of litigation against various parties |
| X | X | 2006-09-02 To 2007-01-05 | Borchers, William/ F&R<br>Kristal, Phyllis/ F&R<br>Musselman, Wes/ F&R | Kristal, Phyllis/ F&R<br>Musselman, Wes/ F&R<br>Kane, Michael/ F&R<br>Woodford Esq., William/ F&R<br>Bleet Esq., Joshua/ F&R | Confidential E-mails reflecting attorney-client communications and prepared in anticipation of litigation against various parties |
| X | | 2006-09-06 to 2006-09-08 | Larschan, Bradley<br>Musselman, Wes/ F&R<br>Kristal, Phyllis/ F&R | Musselman, Wes/ F&R<br>Kristal, Phyllis/ F&R<br>Borchers, William/ F&R<br>Larschan, Bradley<br>Bilbao Esq., J. Raymond<br>Langston, Frank | Confidential attorney-client E-mail communication for the purpose of providing legal advice |
| X | | 2006-09-12 | Langston, Frank | Kristal, Phyllis/ F&R | Confidential attorney-client E-mail communication for the purpose of obtaining legal advice |
| X | | 2006-09-18 | Kristal, Phyllis/ F&R | Larschan, Bradley<br>Bilbao Esq., J. Raymond<br>Langston, Frank | Confidential attorney-client E-mail communication for the purpose of providing legal advice |

| A/C | W/P | Date | Author(s) | Recipient(s) | Description |
|---|---|---|---|---|---|
| X | | 2006-10-02 | Larschan, Brad | Kristal Esq., Phyllis/ F&R | Confidential attorney-client E-mail communication for the purpose of obtaining legal advice and reflecting previous attorney-client communications |
| X | | 2006-10-03 | Langston, Frank | Kristal Esq., Phyllis/ F&R | Confidential attorney-client E-mail communication for the purpose of obtaining legal advice |
| X | | 2006-10-04 | Langston, Frank<br>Kristal Esq., Phyllis/ F&R | Kristal Esq., Phyllis/ F&R<br>Woodford Esq., William/ F&R<br>Langston, Frank | Confidential attorney-client E-mails communication for the purpose of obtaining and providing legal advice |
| X | | 2006-10-11<br>To<br>2006-10-12 | Larschan, Brad<br>Kristal, Phyllis/ F&R | Bilbao Esq., J. Raymond<br>Langston, Frank<br>Kristal Esq., Phyllis/ F&R | Confidential attorney-client E-mail communications for the purpose of obtaining and providing legal advice |
| X | X | 2006-10-18<br>to<br>2006-10-27 | Shelton Esq., Barry/ F&R<br>Kristal, Phyllis/ F&R<br>Woodford Esq., William/ F&R | Kristal, Phyllis/ F&R<br>Shelton Esq., Barry/ F&R<br>Kane Esq., Michael/ F&R<br>Woodford Esq., William/ F&R | Confidential E-mails reflecting attorney-client communications and prepared in anticipation of litigation against various parties |
| X | X | 2006-10-27 | Bond, Alex | Kristal, Phyllis/ F&R<br>Shelton Esq., Barry/ F&R<br>Bellefeuille, David | Confidential E-mails reflecting attorney-client communications and prepared in anticipation of litigation against various parties |
| X | X | 2006-10-27 | Shelton Esq., Barry/ F&R | Kristal, Phyllis/ F&R | Confidential E-mails reflecting attorney-client communications and prepared in anticipation of litigation against various parties |
| X | X | 2006-10-27 | Larschan, Brad<br>Kristal Esq., Phyllis/ F&R | Kristal Esq., Phyllis/ F&R<br>Larschan, Brad | Confidential attorney-client E-mails communication for the purpose of obtaining and providing legal advice and prepared in anticipation of litigation against various parties |
| X | X | 2006-11-03<br>To<br>2006-11-06 | Langston, Frank<br>Kristal Esq., Phyllis/ F&R | Kristal Esq., Phyllis/ F&R<br>Larschan, Brad<br>Bilbao Esq., J. Raymond<br>Langston, Frank<br>Shelton Esq., Barry/ F&R | Confidential attorney-client E-mail communications for the purpose of obtaining and providing legal advice and prepared in anticipation of litigation against various entities |
| X | | 2006-12-20 | Korn Esq., Peter/ F&R<br>Bunis Esq., Michael/ F&R<br>Barton, Gene | Bunis Esq., Michael/ F&R<br>Korn Esq., Peter/ F&R<br>Corporate Attorneys | Confidential E-mail reflecting attorney client communication |
| X | X | 2006-12-28 | Kristal, Phyllis/ F&R<br>Borchers, William/F&R | Kristal, Phyllis/ F&R<br>Larschan, Bradley<br>Bilbao Esq., J. Raymond | Confidential attorney-client E-mail communications for the purpose of providing legal advice and prepared in anticipation of litigation against various entities |
| X | | 2006-12-30 | Larschan, Bradley | Kristal Esq., Phyllis/ F&R<br>Wojack, Ericka<br>Bilbao Esq., J. Raymond | Confidential attorney-client E-mail communications for the purpose of providing legal advice |
| X | X | 2007-01-01 | Bleet Esq., Joshua/ F&R | Woodford Esq., William/ F&R | Confidential E-mail reflecting attorney client communication |

| A/C | W/P | Date | Author(s) | Recipient(s) | Description |
|---|---|---|---|---|---|
| | | | Woodford Esq., William/ F&R | Kane Esq., Michael/ F&R<br>Bleet Esq., Joshua/ F&R<br>Madera Esq., Gregory/ F&R<br>Gardella Esq., Greg/ F&R | |
| X | X | 2007-01-02 | Larschan, Bradley | Kane Esq., Michael/ F&R<br>Woodford Esq., William/ F&R<br>Kristal Esq., Phyllis/ F&R<br>Bilbao Esq., J. Raymondj<br>Wojack, Ericka<br>Langston, Frank | Confidential attorney-client E-mail communication for the purpose of providing legal advice and prepared in anticipation of litigation against various entities |
| X | | 2007-01-08 | Kristal Esq., Phyllis/ F&R | Bilbao Esq., J. Raymond<br>Larschan, Bradley<br>Langston, Frank<br>Woodford Esq., William/ F&R<br>Kane Esq., Michael/ F&R | Confidential attorney-client E-mail communication for the purpose of providing legal advice |
| X | | 2007-01-09 | Larschan, Bradley<br>Kristal Esq., Phyllis/ F&R | Kristal Esq., Phyllis/ F&R<br>Bilbao Esq., J. Raymond<br>Wojack, Ericka<br>Woodford Esq., William/ F&R<br>Kane Esq., Michael/ F&R | Confidential attorney-client E-mails communication for the purpose of providing legal advice |
| X | | 2007-01-28 | Larschan, Bradley | Kristal Esq., Phyllis/ F&R | Confidential attorney-client E-mail communication for the purpose of obtaining legal advice |
| X | X | 2007-02-21 | Larschan, Bradley | Kane Esq., Michael/ F&R<br>Woodford Esq., William/ F&R<br>Kristal Esq., Phyllis/ F&R<br>Bilbao Esq., J. Raymond<br>Wojack, Ericka<br>Langston, Frank | Confidential attorney-client E-mail (and attachments) communication for the purpose of obtaining legal advice and prepared in anticipation of litigation |
| X | X | 2007-03-08 To 2007-03-14 | Langston, Frank<br>Shelton Esq., Barry/ F&R | Shelton Esq., Barry/ F&R<br>Larschan, Bradley<br>Bilbao Esq., J. Raymond<br>Kristal Esq., Phyllis/ F&R<br>Langston, Frank | Confidential attorney-client E-mails (and attachments) communication for the purpose of obtaining legal advice and prepared in anticipation of litigation against various parties |
| X | | 2007-05-21 | Kristal Esq., Phyllis/ F&R | | Attorney handwritten notes reflecting attorney-client communication regarding legal advice concerning patent portfolio |
| X | | 2007-05-24 | Bilbao Esq., J. Raymond | Kristal Esq., Phyllis/ F&R<br>Larschan, Bradley | Confidential attorney-client E-mail communication for the purpose of obtaining legal advice |
| X | | 2007-09-18 | Kane Esq., Michael/ F&R | F&R Attorneys | Confidential E-mail reflecting attorney-client communication for the purpose of obtaining legal advice |
| X | | 2007-11-26 | Larschan, Bradley | Kristal Esq., Phyllis/ F&R | Confidential attorney-client E-mail communication for the purpose of |

| A/C | W/P | Date | Author(s) | Recipient(s) | Description |
|---|---|---|---|---|---|
| | | | Kristal Esq., Phyllis/ F&R | Larschan, Bradley | obtaining and providing legal advice |
| X | | 2007-11-28 To 2007-11-29 | Bilbao Esq., J. Raymond<br>Kristal Esq., Phyllis/ F&R | Kristal Esq., Phyllis/ F&R<br>Bilbao Esq., J. Raymond | Confidential attorney-client E-mail communication for the purpose of obtaining and providing legal advice |
| X | | 2008-01-10 To 2008-01-11 | Kristal Esq., Phyllis/ F&R | Kane Esq., Michael/ F&R<br>Woodford Esq., William/ F&R<br>Madera Esq., Gregory/ F&R<br>Brooks Esq., Juanita/ F&R | Confidential E-mail communication reflecting attorney-client communication for the purpose of obtaining legal advice |
| X | | 2008-01-10 | Kristal Esq., Phyllis/ F&R | Kane Esq., Michael/ F&R<br>Woodford Esq., William/ F&R | Confidential E-mail communication (and attachments) reflecting attorney-client communication for the purpose of obtaining legal advice |
| X | X | 2008-01-16 | Kristal Esq., Phyllis/ F&R | Kane Esq., Michael/ F&R<br>Woodford Esq., William/ F&R | Confidential E-mail communication (and attachments) reflecting attorney-client communication for the purpose of obtaining legal advice and created in preparation for litigation against various entities |
| X | | 2008-01-16 | Bilbao Esq., J. Raymond<br>Kristal Esq., Phyllis/ F&R | Kristal Esq., Phyllis/ F&R<br>Bilbao Esq., J. Raymond | Confidential attorney-client E-mail communication for the purpose of obtaining and providing legal advice |
| X | | 2008-01-19 | Larschan, Bradley | Kristal Esq., Phyllis/ F&R<br>Madera Esq., Gregory/ F&R<br>Kane Esq., Michael/ F&R<br>Bilbao Esq., J. Raymond<br>Wojack, Ericka | Confidential attorney-client E-mail communication for the purpose of obtaining and providing legal advice |
| X | X | 2008-01-24 | Larschan, Bradley | Kristal Esq., Phyllis/ F&R<br>Kane Esq., Michael/ F&R<br>Woodford Esq., William/ F&R | Confidential attorney-client E-mail communication (and attachment) for the purpose of obtaining legal advice and created in anticipation of litigation against various entities |
| X | | 2008-01-24 To 2008-01-29 | Larschan, Bradley | Kane Esq., Michael/ F&R<br>Kristal Esq., Phyllis/ F&R<br>Woodford Esq., William/ F&R<br>Madera Esq., Gregory/ F&R | Confidential attorney-client E-mail communication (and attachment) for the purpose of obtaining legal advice |
| X | | 2008-01-30 to 2008-02-04 | Kane Esq., Michael/ F&R | Kristal Esq., Phyllis/ F&R<br>Larschan, Bradley<br>Wojack, Ericka<br>Bilbao Esq., J. Raymond<br>Woodford Esq., William/ F&R | Confidential attorney-client E-mail communication for the purpose of providing legal advice |
| X | | 2008-02-07 | Kristal Esq., Phyllis/ F&R | | Attorney handwritten notes reflecting confidential attorney-client communications |
| X | | 2008-02-13 | Larschan, Bradley | Kristal Esq., Phyllis/ F&R<br>Kane Esq., Michael/ F&R<br>Bilbao Esq., J. Raymond | Confidential attorney-client E-mail communication for the purpose of obtaining legal advice |

| A/C | W/P | Date | Author(s) | Recipient(s) | Description |
|---|---|---|---|---|---|
| | | | | Wojack, Ericka | |
| X | | 2008-02-14 | Kane Esq., Michael/ F&R | Kristal Esq., Phyllis/ F&R<br>Larschan, Bradley | Confidential attorney-client E-mail communication for the purpose of providing legal advice |
| X | | 2008-03-11 | Larschan, Bradley<br>Kristal Esq., Phyllis/ F&R | Kristal Esq., Phyllis/ F&R<br>Larschan, Bradley | Confidential attorney-client E-mail communication for the purpose of obtaining and providing legal advice |
| X | | 2008-03-14 | Larschan, Bradley<br>Kane Esq., Michael/ F&R | Kane Esq., Michael/ F&R<br>Larschan, Bradley<br>Kristal Esq., Phyllis/ F&R | Confidential attorney-client E-mail communication for the purpose of obtaining and providing legal advice |
| X | X | 2008-03-26 | Goo, Jimmy | Kristal Esq., Phyllis/ F&R | Confidential attorney-client E-mail communication for the purpose of obtaining legal advice and prepared in anticipation of litigation |
| X | | 2008-01-16 to 2008-01-17 | Kane Esq., Michael/ F&R<br>Hillman Esq., Robert/ F&R | Hillman Esq., Robert/ F&R<br>Madera Esq., Gregory/ F&R<br>Kane Esq., Michael/ F&R | Confidential E-mail communications reflecting attorney-client communications |
| X | | 2008-03-14 | Kane Esq., Michael/ F&R<br>Larschan, Bradley | Larschan, Bradley<br>Kristal Esq., Phyllis/ F&R<br>Kane Esq., Michael/ F&R | Confidential attorney-client E-mail communication for the purpose of obtaining and providing legal advice |