# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

200 East Randolph Drive
Chicago, Illinois 60601

Stephen C. Hackney
To Call Writer Directly:
312 861-2157
shackney@kirkland.com

(312) 861-2000

www.kirkland.com

Facsimile:
(312) 861-2200
Dir. Fax: 312 660-0540

May 15, 2008

Cathy L. Reese
Fish & Richardson P.C.
919 North Market Street, Suite 1100
P.O. Box 1114
Wilmington, Delaware 19899-1114

*VIA: FACSIMILE*

Re:     ***Fish & Richardson Subpoena Compliance***

Dear Ms. Reese:

Pursuant to Judge Farnan's May 7, 2008 order, this letter constitutes DigaComm's response to the recent production of documents and a privilege log by Fish & Richardson ("Fish"). Under the Court's order, Fish was to produce the following categories of documents: (1) documents related to the agreement for a contingency fee regarding the subject patents; (2) documents related to any activity between Fish and DigaComm regarding the introduction of DigaComm to VIP and/or GE; (3) documents relating to the GE transaction; and (4) third-party documents in its possession related to the value of VIP or the subject patents. In addition, Fish was to produce a privilege log.

The state of play as of the May 7 hearing was that Fish had produced 461 pages of documents. Based on our review of those documents, six of those pages appeared to relate to the GE transaction, and 455 of the pages related to VIP's acquisition of patents from the Remote Dynamics bankruptcy.

Contemporaneous or subsequent to the hearing, we have received the following production of documents:

(1)     On May 7, 2008, Fish produced nine pages of documents (FR 462-471). (Two of the pages are handwritten notes relating to the subject patents, the remaining seven relate to interactions between Fish and DigaComm.);

(2)     On May 14, 2008, Fish produced an additional 26 pages of documents (FR 472-498). (These include a retention agreement between Fish and VIP; emails relating to VIP's initial introductions to DigaComm; and a small number of emails at the end relating to meetings between GE and Fish regarding the subject patents in the GE Deal.)

Hong Kong      London      Los Angeles      Munich      New York      San Francisco      Washington, D.C.

# KIRKLAND & ELLIS LLP

Cathy L. Reese
May 15, 2008
Page 2

  (3) In a second production on May 14, 2008, Fish produced an additional nine pages of documents (FR 499-507). (One of the pages relates to DigaComm's introduction to VIP, the remaining eight appear to relate to due diligence done in connection with the GE deal.)

  All told, the additional production is made up of 44 additional pages. In addition, you have produced a six-page privilege log.

  Judge Farnan's order requires that K&E give notice of its position on Fish's compliance. At the outset, we are still unable to reconcile Fish's prior statements that the subpoena required it to cull through tens of thousands of pages of documents for privilege. That statement has informed K&E's understanding of what documents Fish has in its possession. Given those statements, we would have expected either a voluminous production or a voluminous privilege log.

  Turning to the specific categories, we believe that Fish has made a full production of documents in category (2) above, i.e., documents related to introductions between and among Fish, DigaComm and VIP. With respect to category (3) above, we have seen just a small handful of emails suggesting that Fish's sole involvement in the negotiation of the GE Deal was to assist GE's due diligence on the VIP patents. If Fish's role was so limited, then the small number of documents makes sense. I would appreciate it if you would confirm this in writing to the extent I am correct. If I am not correct, please help us understand how Fish could be involved in the negotiation of the transaction, but generate only a few pages of discoverable information.

  We have seen no documents produced that would fall into category (1) above, that is, documents relating to the possibility that Fish would litigate the patents that ended up in the GE Deal on a contingency. We are thus unable to certify that this aspect of the production is complete. If there are no such documents, I would appreciate it if you would confirm in writing that (a) Fish did not conduct any evaluation of the patents that ended up the in the GE Deal to determine whether they were appropriate for a contingent fee arrangement; and (b) that Fish does not have any documents relating to the possibility of litigating the GE Deal patents under a contingent fee arrangement. If these two facts are both true, it would explain why there are no such documents. If they are not true, it means that I still do not understand an important aspect of Fish's production.

  As to third-party documents, my understanding of Judge Farnan's order on this point was that he was trying to address the argument made by Fish that certain documents in its possession had come from VIP/VSAC and were thus duplicative of documents that those parties would produce. In a voicemail yesterday, you suggested that this category of documents related exclusively to the Minnesota Turn-by-Turn litigation (that is, a non-GE Deal patent) and were

# KIRKLAND & ELLIS LLP

Cathy L. Reese
May 15, 2008
Page 3


thus carved out by the Court's order.  We are still confused about what exactly happened with these documents.  We agree with you that, to the extent they all relate to the Turn-by-Turn litigation, they are not covered by the Court's order.

Last, we object to Fish's privilege log, a copy of which I have enclosed.  The privilege log does not identify the length of the documents in question.  This is important because some of the entries appear to be groups of emails gathered into a single description.  In addition, we do not believe that the descriptions are adequate for DigaComm or the Court to review them and determine from the description that the documents are privileged.  Most of the entries are words to the effect of "this is a privileged communication."  We do not believe this is sufficient and would ask you to revise the log accordingly so that it provides sufficient substance for DigaComm to evaluate the assertion of the privilege.

Sincerely yours,

Stephen C. Hackney

SCH/lic
Enclosure

cc:    Hon. Joseph J. Farnan, Jr.
       James O'Neill, Esq.

# PRIVILEGED DOCUMENT INDEX

## Digicom, LLC v. Vehicle IP Safety and Compliance, LLC

| A/C | W/P | Date | Author(s) | Recipient(s) | Description |
|---|---|---|---|---|---|
| X | | 2006-05-05 | Kristal, Phyllis/ F&R | Larschan, Bradley Borchers, William/ F&R Wojack, Ericka | Confidential attorney-client E-mail communication for the purpose of providing legal advice to client regarding patent portfolio |
| X | | 2006-05-05 | Larschan, Bradley | Larschan, Bradley Borchers, William/ F&R Kristal, Phyllis/ F&R Wojack, Ericka | Confidential attorney-client E-mails communication for the purpose of providing legal advice to client regarding patent portfolio |
| X | | 2006-05-06 | Kristal, Phyllis/ F&R Larschan, Bradley | Larschan, Bradley Borchers, William/ F&R Kristal, Phyllis/ F&R Wojack, Ericka | Confidential attorney-client E-mails communication for the purpose of providing legal advice to client regarding patent portfolio |
| X | | 2006-06-03 | Larschan, Bradley | Kristal, Phyllis/ F&R Wojack, Ericka | Confidential attorney-client E-mail communication for the purpose of providing legal advice to client regarding patent portfolio |
| X | X | 2006-06-15 | Larschan, Bradley | Kristal, Phyllis/ F&R | Confidential attorney-client E-mail (and attachment) communication the purpose of obtaining legal advice and prepared in anticipation of litigation against various parties |
| X | | 2006-06-15 | Larschan, Bradley | Kristal, Phyllis/ F&R Bilbao Esq., J. Raymond | Confidential attorney-client E-mail communication for the purpose of obtain legal advice regarding patent portfolio |
| X | X | 2006-06-20 | Kristal, Phyllis/ F&R | Larschan, Bradley Bilbao Esq., J. Raymond Musselman, Wes/ F&R | Confidential attorney-client E-mail (and attachment) communication the purpose of providing legal advice and prepared in anticipation of litigation against various parties |
| X | X | 2006-06-21 | Kristal, Phyllis/ F&R Kane, Michael/ F&R | Barkan, David/ F&R Melsheimer, Thomas/ F&R Hillman, Robert/ F&R Kane, Michael/ F&R Madera, Greg/ F&R | Confidential E-mails (and attachments) reflecting attorney-client communications and documents prepared in anticipation of litigation against various parties |
| X | X | 2006-06-26 | Musselman, Wes/ F&R | Larschan, Bradley Bilbao Esq., J. Raymond Borchers Esq., William/ F&R Kristal, Phyllis/ F&R | Confidential attorney-client E-mail (and attachment) communication the purpose of providing legal advice and prepared in anticipation of litigation against various parties |
| X | X | 2006-07-25 | Langston, Frank | Kristal Esq., Phyllis/ F&R Larschan, Bradley | Confidential attorney-client E-mail (and attachment) communication for the purpose of obtaining legal advice and prepared in anticipation |

ATTORNEY WORK PRODUCT – PRIVILEGED AND CONFIDENTIAL

| A/C | W/P | Date | Author(s) | Recipient(s) | Description |
|---|---|---|---|---|---|
| X | X | 2006-07-26 | Langston, Frank<br>Kristal, Phyllis/ F&R<br>Bilbao Esq., J. Raymond | Bilbao Esq., J. Raymond<br>Langston, Frank<br>Kristal, Phyllis/ F&R<br>Larschan, Bradley<br>Bilbao Esq., J. Raymond | Confidential E-mails reflecting attorney-client communications and information prepared in anticipation of litigation against various parties |
| X |  | 2006-07-26 | Larschan, Bradley | Kristal, Phyllis/ F&R | Confidential attorney-client E-mail communication for the purpose of obtaining legal advice |
| X | X | 2006-07-26 to 2006-09-14 | Kristal, Phyllis/ F&R<br>Kane, Michael/ F&R<br>Barkan, David/ F&R<br>Steele, John/ F&R | Barkan, David/ F&R<br>Anderson, Richard/ F&R<br>Steele, John/ F&R<br>Devlin, Peter/ F&R<br>Kristal, Phyllis/ F&R<br>Hillman, Robert/ F&R<br>Kane, Michael/ F&R<br>Madera, Greg/ F&R | Confidential E-mails (and attachments) reflecting attorney-client communications and documents prepared in anticipation of litigation against various parties |
| X | X | 2006-08-14 | Kristal, Phyllis/ F&R<br>Larschan, Bradley | Larschan, Bradley<br>Kristal, Phyllis/ F&R | Confidential attorney-client E-mail (and attachment) communication for the purpose of obtaining legal advice |
| X | X | 2006-08-15 To 2006-08-25 | Musselman, Wes/ F&R<br>Borchers, William/ F&R<br>Kristal, Phyllis/ F&R | Borchers, William/ F&R<br>Kristal, Phyllis/ F&R<br>Musselman, Wes/ F&R | Confidential E-mails reflecting attorney-client communications and prepared in anticipation of litigation against various parties |
| X | X | 2006-09-02 To 2007-01-05 | Borchers, William/ F&R<br>Kristal, Phyllis/ F&R<br>Musselman, Wes/ F&R | Kristal, Phyllis/ F&R<br>Musselman, Wes/ F&R<br>Kane, Michael/ F&R<br>Woodford Esq., William/ F&R<br>Bleet Esq., Joshua/ F&R | Confidential E-mails reflecting attorney-client communications and prepared in anticipation of litigation against various parties |
| X |  | 2006-09-06 to 2006-09-08 | Larschan, Bradley<br>Musselman, Wes/ F&R<br>Kristal, Phyllis/ F&R | Musselman, Wes/ F&R<br>Kristal, Phyllis/ F&R<br>Borchers, William/ F&R<br>Larschan, Bradley<br>Bilbao Esq., J. Raymond<br>Langston, Frank | Confidential attorney-client E-mail communication for the purpose of providing legal advice |
| X |  | 2006-09-12 | Langston, Frank | Kristal, Phyllis/ F&R | Confidential attorney-client E-mail communication for the purpose of obtaining legal advice |
| X |  | 2006-09-18 | Kristal, Phyllis/ F&R | Larschan, Bradley<br>Bilbao Esq., J. Raymond<br>Langston, Frank | Confidential attorney-client E-mail communication for the purpose of providing legal advice |

| A/C | W/P | Date | Author(s) | Recipient(s) | Description |
|---|---|---|---|---|---|
| X | | 2006-10-02 | Larschan, Brad | Kristal Esq., Phyllis/ F&R | Confidential attorney-client E-mail communication for the purpose of obtaining legal advice and reflecting previous attorney-client communications |
| X | | 2006-10-03 | Langston, Frank | Kristal Esq., Phyllis/ F&R | Confidential attorney-client E-mail communication for the purpose of obtaining legal advice |
| X | | 2006-10-04 | Langston, Frank<br>Kristal Esq., Phyllis/ F&R | Kristal Esq., Phyllis/ F&R<br>Woodford Esq., William/ F&R<br>Langston, Frank | Confidential attorney-client E-mails communication for the purpose of obtaining and providing legal advice |
| X | | 2006-10-11 To 2006-10-12 | Larschan, Brad<br>Kristal, Phyllis/ F&R | Bilbao Esq., J. Raymond<br>Langston, Frank<br>Kristal Esq., Phyllis/ F&R | Confidential attorney-client E-mail communications for the purpose of obtaining and providing legal advice |
| X | X | 2006-10-18 to 2006-10-27 | Shelton Esq., Barry/ F&R<br>Kristal, Phyllis/ F&R<br>Woodford Esq., William/ F&R | Kristal, Phyllis/ F&R<br>Shelton Esq., Barry/ F&R<br>Kane Esq., Michael/ F&R<br>Woodford Esq., William/ F&R | Confidential E-mails reflecting attorney-client communications and prepared in anticipation of litigation against various parties |
| X | X | 2006-10-27 | Bond, Alex | Kristal, Phyllis/ F&R<br>Shelton Esq., Barry/ F&R<br>Bellefeuille, David | Confidential E-mails reflecting attorney-client communications and prepared in anticipation of litigation against various parties |
| X | X | 2006-10-27 | Shelton Esq., Barry/ F&R | Kristal, Phyllis/ F&R | Confidential E-mails reflecting attorney-client communications and prepared in anticipation of litigation against various parties |
| X | X | 2006-10-27 | Larschan, Brad<br>Kristal Esq., Phyllis/ F&R | Kristal Esq., Phyllis/ F&R<br>Larschan, Brad | Confidential attorney-client E-mails communication for the purpose of obtaining and providing legal advice and prepared in anticipation of litigation against various parties |
| X | X | 2006-11-03 To 2006-11-06 | Langston, Frank<br>Kristal Esq., Phyllis/ F&R | Kristal Esq., Phyllis/ F&R<br>Larschan, Brad<br>Bilbao Esq., J. Raymond<br>Langston, Frank<br>Shelton Esq., Barry/ F&R | Confidential attorney-client E-mail communications for the purpose of obtaining and providing legal advice and prepared in anticipation of litigation against various entities |
| X | | 2006-12-20 | Korn Esq., Peter/ F&R<br>Bunis Esq., Michael/ F&R<br>Barton, Gene | Bunis Esq., Michael/ F&R<br>Korn Esq., Peter/ F&R<br>Corporate Attorneys | Confidential E-mail reflecting attorney client communication |
| X | X | 2006-12-28 | Kristal, Phyllis/ F&R<br>Borchers, William/F&R | Kristal Esq., Phyllis/ F&R<br>Larschan, Bradley<br>Bilbao Esq., J. Raymond | Confidential attorney-client E-mail communications for the purpose of providing legal advice and prepared in anticipation of litigation against various entities |
| X | | 2006-12-30 | Larschan, Bradley | Kristal Esq., Phyllis/ F&R<br>Wojack, Ericka<br>Bilbao Esq., J. Raymond | Confidential attorney-client E-mail communications for the purpose of obtaining and providing legal advice |
| X | X | 2007-01-01 | Bleet Esq., Joshua/ F&R | Woodford Esq., William/ F&R | Confidential E-mail reflecting attorney client communication |

ATTORNEY WORK PRODUCT – PRIVILEGED AND CONFIDENTIAL
Page 3

| A/C | W/P | Date | Author(s) | Recipient(s) | Description |
|---|---|---|---|---|---|
|  |  |  | Woodford Esq., William/ F&R | Kane Esq., Michael/ F&R, Bleet Esq., Joshua/F&R, Madera Esq., Gregory/ F&R, Gardella Esq., Greg/ F&R |  |
| X | X | 2007-01-02 | Larschan, Bradley | Kane Esq., Michael/ F&R, Woodford Esq., William/ F&R, Kristal Esq., Phyllis/ F&R, Bilbao Esq., J. Raymondj, Wojack, Ericka, Langston, Frank | Confidential attorney-client E-mail communication for the purpose of providing legal advice and prepared in anticipation of litigation against various entities |
| X |  | 2007-01-08 | Kristal Esq., Phyllis/ F&R | Bilbao Esq., J. Raymond, Larschan, Bradley, Langston, Frank, Woodford Esq., William/ F&R, Kane Esq., Michael/ F&R | Confidential attorney-client E-mail communication for the purpose of providing legal advice |
| X |  | 2007-01-09 | Larschan, Bradley, Kristal Esq., Phyllis/ F&R | Kristal Esq., Phyllis/ F&R, Bilbao Esq., J. Raymond, Wojack, Ericka, Woodford Esq., William/ F&R, Kane Esq., Michael/ F&R | Confidential attorney-client E-mails communication for the purpose of providing legal advice |
| X |  | 2007-01-28 | Larschan, Bradley | Kristal Esq., Phyllis/ F&R | Confidential attorney-client E-mail communication for the purpose of obtaining legal advice |
| X | X | 2007-02-21 | Larschan, Bradley. | Kane Esq., Michael/ F&R, Woodford Esq., William/ F&R, Kristal Esq., Phyllis/ F&R, Bilbao Esq., J. Raymond, Wojack, Ericka, Langston, Frank | Confidential attorney-client E-mail (and attachments) communication for the purpose of obtaining legal advice and prepared in anticipation of litigation |
| X | X | 2007-03-08 To 2007-03-14 | Langston, Frank, Shelton Esq., Barry/ F&R | Shelton Esq., Barry/ F&R, Larschan, Bradley, Bilbao Esq., J. Raymond, Kristal Esq., Phyllis/ F&R, Langston, Frank | Confidential attorney-client E-mails (and attachments) communication for the purpose of obtaining legal advice and prepared in anticipation of litigation against various parties |
| X |  | 2007-05-21 | Kristal Esq., Phyllis/ F&R |  | Attorney handwritten notes reflecting attorney-client communication regarding legal advice concerning patent portfolio |
| X |  | 2007-05-24 | Bilbao Esq., J. Raymond | Kristal Esq., Phyllis/ F&R, Larschan, Bradley | Confidential attorney-client E-mail communication for the purpose of obtaining legal advice |
| X |  | 2007-09-18 | Kane Esq., Michael/ F&R | F&R Attorneys | Confidential E-mail reflecting attorney-client communication for the purpose of obtaining legal advice |
| X |  | 2007-11-26 | Larschan, Bradley | Kristal Esq., Phyllis/ F&R | Confidential attorney-client E-mail communication for the purpose of |

| A/C | W/P | Date | Author(s) | Recipient(s) | Description |
|---|---|---|---|---|---|
| X | | | Kristal Esq., Phyllis/ F&R | Larschan, Bradley | obtaining and providing legal advice |
| X | | 2007-11-28 To 2007-11-29 | Bilbao Esq., J. Raymond Kristal Esq., Phyllis/ F&R | Kristal Esq., Phyllis/ F&R Bilbao Esq., J. Raymond | Confidential attorney-client E-mail communication for the purpose of obtaining and providing legal advice |
| X | | 2008-01-10 To 2008-01-11 | Kristal Esq., Phyllis/ F&R | Kane Esq., Michael/ F&R Woodford Esq., William/ F&R Madera Esq., Gregory/ F&R Brooks Esq., Juanita/ F&R | Confidential E-mail communication reflecting attorney-client communication for the purpose of obtaining legal advice |
| X | | 2008-01-10 | Kristal Esq., Phyllis/ F&R | Kane Esq., Michael/ F&R Woodford Esq., William/ F&R | Confidential E-mail communication (and attachments) reflecting attorney-client communication for the purpose of obtaining legal advice |
| X | X | 2008-01-16 | Kristal Esq., Phyllis/ F&R | Kane Esq., Michael/ F&R Woodford Esq., William/ F&R | Confidential E-mail communication (and attachments) reflecting attorney-client communication for the purpose of obtaining legal advice and created in preparation for litigation against various entities |
| X | | 2008-01-16 | Bilbao Esq., J. Raymond Kristal Esq., Phyllis/ F&R | Kristal Esq., Phyllis/ F&R Bilbao Esq., J. Raymond | Confidential attorney-client E-mail communication for the purpose of obtaining and providing legal advice |
| X | | 2008-01-19 | Larschan, Bradley | Kristal Esq., Phyllis/ F&R Madera Esq., Gregory/ F&R Kane Esq., Michael/ F&R Bilbao Esq., J. Raymond Wojack, Ericka | Confidential attorney-client E-mail communication for the purpose of obtaining and providing legal advice |
| X | X | 2008-01-24 | Larschan, Bradley | Kristal Esq., Phyllis/ F&R Kane Esq., Michael/ F&R Woodford Esq., William/ F&R | Confidential attorney-client E-mail communication (and attachment) for the purpose of obtaining legal advice and created in anticipation of litigation against various entities |
| X | | 2008-01-24 To 2008-01-29 | Larschan, Bradley | Kane Esq., Michael/ F&R Kristal Esq., Phyllis/ F&R Woodford Esq., William/ F&R Madera Esq., Gregory/ F&R | Confidential attorney-client E-mail communication (and attachment) for the purpose of obtaining legal advice |
| X | | 2008-01-30 to 2008-02-04 | Kane Esq., Michael/ F&R | Kristal Esq., Phyllis/ F&R Larschan, Bradley Wojack, Ericka Bilbao Esq., J. Raymond Woodford Esq., William/ F&R | Confidential attorney-client E-mail communication for the purpose of providing legal advice |
| X | | 2008-02-07 | Kristal Esq., Phyllis/ F&R | | Attorney handwritten notes reflecting confidential attorney-client communications |
| X | | 2008-02-13 | Larschan, Bradley | Kristal Esq., Phyllis/ F&R Kane Esq., Michael/ F&R Bilbao Esq., J. Raymond | Confidential attorney-client E-mail communication for the purpose of obtaining legal advice |

| A/C | W/P | Date | Author(s) | Recipient(s) | Description |
|---|---|---|---|---|---|
| | | | | Wojack, Ericka | |
| X | | 2008-02-14 | Kane Esq., Michael/ F&R | Kristal Esq., Phyllis/ F&R<br>Larschan, Bradley | Confidential attorney-client E-mail communication for the purpose of providing legal advice |
| X | | 2008-03-11 | Larschan, Bradley<br>Kristal Esq., Phyllis/ F&R | Kristal Esq., Phyllis/ F&R<br>Larschan, Bradley | Confidential attorney-client E-mail communication for the purpose of obtaining and providing legal advice |
| X | | 2008-03-14 | Larschan, Bradley<br>Kane Esq., Michael/ F&R | Kane Esq., Michael/ F&R<br>Larschan, Bradley<br>Kristal Esq., Phyllis/ F&R | Confidential attorney-client E-mail communication for the purpose of obtaining and providing legal advice |
| X | X | 2008-03-26 | Goo, Jimmy | Kristal Esq., Phyllis/ F&R | Confidential attorney-client E-mail communication for the purpose of obtaining legal advice and prepared in anticipation of litigation |
| X | | 2008-01-16 to 2008-01-17 | Kane Esq., Michael/ F&R<br>Hillman Esq., Robert/ F&R | Hillman Esq., Robert/ F&R<br>Madera Esq., Gregory/ F&R<br>Kane Esq., Michael/ F&R | Confidential E-mail communications reflecting attorney-client communications |
| X | | 2008-03-14 | Kane Esq., Michael/ F&R<br>Larschan, Bradley | Larschan, Bradley<br>Kristal Esq., Phyllis/ F&R<br>Kane Esq., Michael/ F&R | Confidential attorney-client E-mail communication for the purpose of obtaining and providing legal advice |

ATTORNEY WORK PRODUCT – PRIVILEGED AND CONFIDENTIAL
Page 6