# Fish & Richardson p.c.

Suite 1100
919 N. Market Street
p.o. Box 1114
Wilmington, Delaware
19899-1114

Telephone
302 652-5070

Facsimile
302 652-0607

Web Site
www.fr.com

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

May 19, 2008

William J. Marsden, Jr.
302 778-8401

Email
marsden@fr.com

*Via E-Filing*

The Hon. Joseph J. Farnan, Jr.
U.S. District Court for the District of Delaware
844 North King Street, Lock Box 27
Wilmington, Delaware  19801

ATLANTA
AUSTIN
BOSTON
DALLAS
DELAWARE
MUNICH
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

Re:   *DigaComm, LLC v. Vehicle Safety & Compliance, LLC, et al.*
      D. Del. No. 08-00063-JJF

Dear Judge Farnan:

In light of the evidentiary hearing scheduled for tomorrow, as well as the testimony given and evidence presented at the evidentiary hearing held on May 7, 2008, I write on behalf of Fish & Richardson P.C. ("F&R") to make corrections to certain statements made in our opposition papers to the petition to show cause (the "Petition") filed by DigaComm, LLC ("DigaComm") on March 31, 2008. (D.I. 1).

First, on page 5, footnote 1 of our opposition brief, we stated that due to an administrative error F&R did not receive Mr. Hackney's letter dated February 21, 2008, which enclosed, among several other items, a request for documents directed to F&R and inquired whether F&R would voluntarily accept service of this document request. (D.I. 5 at 5 n.1). This footnote should have stated, consistent with the Declaration of Cathy Reese (D.I. 6 at ¶ 6), that due to an administrative error and the fact that Ms. Reese was out of the office at a trial in San Diego, California, Ms. Reese did not receive and review Mr. Hackney's February 21st letter and its enclosures until after the Petition was filed.

Second, on pages 3-5, paragraphs 5 and 6 of the Declaration of John Steele (D.I. 7 at ¶¶ 5-6), Mr. Steele declared that Mr. Hackney never responded to his March 27, 2008 email inquiring whether Mr. Hackney was available for a telephone call the following day to discuss DigaComm's subpoena.  This representation was also repeated on pages 7, 10 and 11 of our opposition brief. (D.I. 5 at 7, 10-11). Mr. Steele has now determined that Mr. Hackney did in fact respond to his March 27th email, although Mr. Steele did not realize that at the time.  When Mr. Steele initially searched for a response from Mr. Hackney, he did not find the email in the email folders where he

Case 1:08-mc-00063-JJF   Document 18   Filed 05/19/2008   Page 2 of 2

### FISH & RICHARDSON P.C.

The Hon. Joseph J. Farnan, Jr.
May 19, 2008
Page 2

would have expected to see any response. Thus, this representation in Mr. Steele's declaration and in our opposition brief is incorrect.

We regret these inaccuracies and apologize for any confusion they may have caused the Court, DigaComm, and DigaComm's counsel. The oversight was inadvertent and F&R never intended to mislead the Court, DigaComm, or DigaComm's counsel.

Respectfully,

William J. Marsden, Jr.

WJM:phb
80060851.doc

Cc:   Reed S. Oslan, Esquire (*via email*)
      Stephen C. Hackney, Esquire (*via email*)
      Matthew E. Nirider, Esquire (*via email*)
      James O'Neill, Esquire (*via email*)