IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DIGACOMM, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 08-MC-63-JJF |
| v. ) | |
| ) | |
| VEHICLE SAFETY & ) | |
| COMPLIANCE, LLC, ) | |
| PITTCO CAPITAL PARTNERS, L.P, ) | |
| PITTCO CAPITAL PARTNERS II, L.P., ) | |
| ANDREW SEAMONS, J.R., and ) | |
| J.R. "PITT" HYDE, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## UNOPPOSED MOTION TO SEAL TRANSCRIPTS

Pursuant to the instruction of the Court, and in light of the sensitive nature of the information at issue, Fish & Richardson P.C. ("F&R") hereby moves to seal the transcripts of the May 7 and 20, 2008 evidentiary hearings in this matter. Specifically, in response to the request of F&R's counsel at the hearing, the Court stated that the entire transcript relating to the evidentiary hearing would be sealed. *See DigaComm, LLC v. Vehicle Safety & Compliance, LLC, et al.*, C.A. No. 08-MC-63-JJF, Evidentiary Hearing Transcript dated May 20, 2008 at p. 135 ("THE COURT: We can seal the whole transcript that way you don't have to be concerned about, because there is a lot on both sides in terms of attorney/client possibility, so we'll just seal this transcript.").

Pursuant to Local Civil Rule 7.1.1, F&R has consulted with counsel for DigaComm, LLC ("DigaComm"), who indicates that DigaComm does not oppose this motion.

Dated: June 30, 2008

Respectfully submitted,

FISH & RICHARDSON P.C.

By: */s/ William J. Marsden, Jr.*
William J. Marsden, Jr. (#2247)
Cathy L. Reese (#2838)
Brian M. Rostocki (#4599)
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899
Telephone: (302) 652-5070
Facsimile: (302) 652-0607
Email: marsden@fr.com
Email: reese@fr.com
Email: rostocki@fr.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DIGACOMM, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 08-MC-63-JJF |
| v. | ) |
| | ) |
| VEHICLE SAFETY & | ) |
| COMPLIANCE, LLC, | ) |
| PITTCO CAPITAL PARTNERS, L.P, | ) |
| PITTCO CAPITAL PARTNERS II, L.P., | ) |
| ANDREW SEAMONS, J.R., and | ) |
| J.R. "PITT" HYDE, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## **ORDER**

Upon consideration of the Unopposed Motion To Seal Transcripts, it is hereby

ORDERED that the transcripts from the May 7 and 20, 2008 evidentiary hearings in this matter

shall be SEALED. No member of the public may access the sealed portion of the transcript.


Dated: _____          _____
                                                                            UNITED STATES DISTRICT JUDGE