IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DIGACOMM, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | )  C.A. No. 08-MC-63-JJF |
| v. | ) |
| | ) |
| VEHICLE SAFETY & COMPLIANCE, LLC, PITTCO CAPITAL PARTNERS, L.P, PITTCO CAPITAL PARTNERS II, L.P., ANDREW SEAMONS, J.R., and J.R. "PITT" HYDE, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Upon consideration of the Unopposed Motion To Seal Transcripts, it is hereby

ORDERED that the transcripts from the May 7 and 20, 2008 evidentiary hearings in this matter shall be SEALED. No member of the public may access the sealed portion of the transcript.

Dated: July 1, 2008

_____
UNITED STATES DISTRICT JUDGE