# FISH & RICHARDSON P.C.

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

ATLANTA
AUSTIN
BOSTON
DALLAS
DELAWARE
MUNICH
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

Suite 1100
919 N. Market Street
P.O. Box 1114
Wilmington, Delaware
19899-1114

Telephone
302 652-5070

Facsimile
302 652-0607

Web Site
www.fr.com

**William J. Marsden, Jr.**
302 778-8401

Email
marsden@fr.com

July 2, 2008

*Letter via ECF*
*Enclosure for In Camera Review Only*

Honorable Joseph J. Farnan, Jr.
U.S. DISTRICT COURT FOR THE DISTRICT OF DELAWARE
844 North King Street
Wilmington, DE 19801

Re: *DigaComm, LLC v. Vehicle Safety & Compliance, LLC, et al.*
D. Del. No. 08-00063-JJF

Dear Judge Farnan:

Please find enclosed documents FR 585, FR 586-590, FR 604, FR 612, FR 613, FR 623-626, FR 627-637 and FR 638-642, which Fish & Richardson P.C. ("F&R") asserts are protected by the attorney-client privilege and/or work product doctrine, and which DigaComm selected to be reviewed *in camera*, pursuant to Your Honor's instructions at the May 20, 2008 evidentiary hearing. Also enclosed is a copy of F&R's revised privilege log, which was previously served on DigaComm's counsel. To assist the Court and DigaComm's counsel, the revised privilege log includes an Appendix A that traces the disposition of the Remote Dynamics patent portfolio.

I also write to inform the Court that there are no other outstanding issues concerning F&R's compliance with DigaComm's subpoena.

If Your Honor has any questions, I am available at the Court's convenience.

Respectfully,

William J. Marsden, Jr.

WJM:phb

cc: Reed S. Oslan, Esq (*via email w/revised privilege log only*)
Stephen C. Hackney, Esq. (*via email w/revised privilege log only*)
Matthew E. Nirider, Esq. (*via email w/revised privilege log only*)
James O'Neill, Esquire (*via email w/revised privilege log only*)