AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

DigaComm, LLC
 v.
Vehicle Safety + Compl.

**EXHIBIT AND WITNESS LIST**

Case Number: 08-mc-63

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Farnan, Jr. | James E. O'Neill, III | William Marsden |
| TRIAL DATE (S) Evid. Hearing 5/7/08 & 5/20/08 | COURT REPORTER Dale Hawkins | COURTROOM DEPUTY Kyle |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 5/7/08 | | | Stephen Hackney |
| P1 | | " | ✓ | | Disc. Req. Letter |
| P2 | | " | ✓ | | Fed Ex tracking doc. |
| P3 | | " | ✓ | | Subpoena |
| P4 | | " | ✓ | | Return of Service re Subpoena |
| P5 | | " | ✓ | | Email to Ms. Reese |
| P6 | | " | ✓ | | Email to Fish + Richardson |
| P7 | | " | ✓ | | Email |
| P8 | | " | ✓ | | Emails b/t Steele + Hackney |
| P9 | | " | ✓ | | Return email to Steele |
| P10 | | " | ✓ | | Email response to Steele |
| P11 | | " | ✓ | | Opposition to Petition |
| P12 | | " | ✓ | | Declaration of Steele |
| P13 | | " | ✓ | | Declaration of Reese |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 2 Pages

# UNITED STATES DISTRICT COURT

DISTRICT OF Delaware

Diga Comm

v.

Verizon Safety & Compliance

**EXHIBIT AND WITNESS LIST**

Case Number: 08 mc 63

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Farnan, JR. | James E. O'Neil III | Cathy L. Reese |
| TRIAL DATE(S) 5/7/08 & 5/20/08 | COURT REPORTER Dale Hawkins | COURTROOM DEPUTY Kyle |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| P11a | | 5/20/08 | | | VIP Executive Summary |
| P12a | | " | | | 5/14/08 Letter from Ms. Reese |
| | 1 | 5/20/08 | | | Cathy Reese, Esq. |
| | D1 | " | | | 2/21/08 Letter from Mr. Hackney |
| | D2 | " | | | 4/10/08 Letter from Ms. Reese |
| | 2 | " | | | Brian Rostocki, Esq. |
| | 3 | " | | | John Steele, Esq. |
| | D3 | " | | | 5/19/08 email from Mr. Steele |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 2 of 2 Pages